IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE M. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV309 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA BY-PRODUCTS, INC., | ) | ORDER |
| and BLUE CROSS BLUE SHIELD | ) | |
| OF NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion and consent to amend complaint (Filing No. 8) and motion and consent to file second amended complaint (Filing No. 9). The Court notes defendants have no objection thereto. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to amend complaint (Filing No. 8) is denied as moot;

2) Plaintiff's motion to file second amended complaint is granted; plaintiff shall file has her amended complaint on or before June 21, 2006.

DATED this 16th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court