IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CONNIE M. BROOKS,              )
                               )
           Plaintiff,          )         8:06CV309
                               )
      v.                       )
                               )
GREAT PLAINS SALES, INC.,      )         ORDER
GREAT PLAINS HEALTH BENEFIT    )
PLAN, and BLUE CROSS BLUE      )
SHIELD OF NEBRASKA,            )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on the parties' joint motion to extend the summary judgment deadline (Filing No. 25). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until March 2, 2007, to file motions for summary judgment. The pretrial conference and trial are cancelled until further order of the Court.

DATED this 19th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court